**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHAWN RICHARD COUDRIET, )<br>)<br>　　　Plaintiff, )<br>)<br>　　　　　v. )<br>)<br>ANTHONY VARDARO, et al., )<br>)<br>　　　Defendants. ) | Civil Action No.  11-185 Erie |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on September 1, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 132], filed on July 24, 2012, recommended that the Plaintiff's motion for temporary restraining order [ECF No. 129] be denied.  The parties were allowed fourteen (14) days from the date of service to file objections and Plaintiff filed objections on August 6, 2012.  [ECF No. 133]. After de novo review of the documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 21st day of August, 2012;

IT IS HEREBY ORDERED that the Plaintiff's motion for temporary restraining order [ECF No. 129] is DENIED.

The Report and Recommendation [ECF No. 132] of Magistrate Judge Baxter, filed on July 24, 2012, is adopted as the opinion of the Court.

　　　　　　　　　　　　　　　　　　　s/　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　United States District Judge

cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge