## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN RICHARD COUDRIET,     )
                                    )
      Plaintiff,            )
                                    )     Civil Action No.  11-185 Erie
             v.           )
                                    )
ANTHONY VARDARO, et al.,     )
                                    )
      Defendants.      )

<u>MEMORANDUM ORDER</u>

This civil rights action was received by the Clerk of Court on September 1, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's oral Report and Recommendation, entered on the record on October 12, 2012, recommended that the Plaintiff's "Order to Show Cause for a Temporary Restraining Order" [ECF No. 140] be denied.  The parties were allowed fourteen (14) days from the date of service to file objections and no objections were filed.  After <u>de</u> <u>novo</u> review of the documents and transcript of the proceeding in the case, together with the oral Report and Recommendation, the following order is entered:

AND NOW, this 30th day of November, 2012;

IT IS HEREBY ORDERED that the Plaintiff's "Order to Show Cause for a Temporary Restraining Order" [ECF No. 140] is DENIED.

The oral Report and Recommendation of Magistrate Judge Baxter, entered on the record on October 12, 2012, is adopted as the opinion of the Court.

                          s/   Sean J. McLaughlin
                              United States District Judge

cm:     All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge