# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN RICHARD COUDRIET, )
)
    Plaintiff, )
) Civil Action No. 11-185 Erie
    v. )
)
ANTHONY VARDARO, et al., )
)
    Defendants. )

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on September 1, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 177], filed on March 19, 2013, recommended that the Motions to Dismiss filed by Defendants Berrier, Coleman, Gallucci and Husarchik [ECF No. 38] and [ECF No. 148] be granted. It was further recommended that the Motions to Dismiss filed by Defendant Herbik [ECF No. 58] and [ECF No. 152] be granted. The parties were allowed fourteen (14) days from the date of service to file objections and no objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 17th day of April, 2013;

IT IS HEREBY ORDERED that the Motions to Dismiss filed by Defendants Berrier, Coleman, Gallucci and Husarchik [ECF No. 38] and [ECF No. 148] are GRANTED.

IT IS FURTHER ORDERED that the Motions to Dismiss filed by Defendant Herbik [ECF No. 58] and [ECF No. 152] are GRANTED.

1

The Report and Recommendation of Magistrate Judge Baxter, filed on March 19, 2013 [ECF No. 177] is adopted as the opinion of the Court.

The Clerk of Courts is directed to terminate these Defendants from the docket.

                                          s/   Sean J. McLaughlin
                                               United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge